Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Anthony Lewis <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> LT. THERMORA <br> Suffolk County Nashua Street Jail <br> C/O Williams, Cpt. McCathy, C/O O'HARR <br> ~~LT. THERMORA~~ _Defendant(s)_ Cpt. WALSH <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> (to be filled in by the Clerk's Office) <br><br> Jury Trial: (check one) [X] Yes [ ] No <br><br> FILED IN CLERKS OFFICE <br> 2020 JUL -1 AM 12:55 <br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | ANTHONY LEWIS |
   | Street Address | 200 NASHUA STREET (NASHUA STREET JAIL) |
   | City and County | Boston, Suffolk County |
   | State and Zip Code | MA. 02114 |
   | Telephone Number | (857) 246-2561 |
   | E-mail Address | anyliah.lewis1211@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

2. Provide the correct civil action number of your case on both the document and the front of the envelope in which it is enclosed.

3. Sign all documents you file with the court. Place the words "PRO SE" after your name. Place your address and telephone number on all documents.

The Customer Services Section of the United States District Court Clerk's Office in Boston is located in Suite 2300, United States Courthouse, 1 Courthouse Way, Boston, MA 02210. Office hours are 8:30 A.M. to 5:00 P.M., Monday through Friday.

If you are located in the Worcester or Springfield area you may contact one of the divisional offices as indicated below:

United States District Court
Donohue Federal Building
595 Main Street - Room 502
Worcester, MA  01608
(508) 929-9900

United States District Court
Federal Building & Courthouse
1550 Main Street
Springfield, MA  01103
(413) 785-0015

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
  Name: C. Williams
  Job or Title (if known): Correctional Officer
  Street Address: 200 Nashua Street Jail
  City and County: Boston, Suffolk
  State and Zip Code: MA. 02114
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Capt. McCarthy
  Job or Title (if known): Captain
  Street Address: 200 Nashua Street Jail
  City and County: Boston, Suffolk
  State and Zip Code: MA. 02114
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Capt. Walsh
  Job or Title (if known): Captain
  Street Address: 200 Nashua Street Jail
  City and County: Boston, Suffolk
  State and Zip Code: MA. 02114
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: O'Hara
  Job or Title (if known): Correctional Officer
  Street Address: 200 Nashua Street Jail
  City and County: Boston, Suffolk
  State and Zip Code: MA. 02114
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

My 1st, 4th, 8th, 14th EXSESSIVE FORCE ON A HANDICAPP., 5th, Deliberate Compensatory Damages, indifference: Presumed Damages (ADA)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Anthony Lewis, is a citizen of the State of *(name)* Massachuettes.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* Anthony Lewis, is incorporated under the laws of the State of *(name)* MASSACHUETTE, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* LT. THERMORA, is a citizen of the State of *(name)* MASSACHUETTE. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) Suffolk County Nashua Street Jail, is incorporated under the laws of the State of (name) Massachuettes, and has its principal place of business in the State of (name) Massachuettes.

Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) Massachuettes.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am a handicap inmate that suffers from a bullet wound to the neck & have a cracked C-2 spinal cord, paralysis on the right side of my body, suffers from seizures & anxity & use a wheelchair. & Recieve SSI

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Anthony Lewis recieved a 15min lock in & when I came out to recieve my medication w/ my shower clothes on my lap the Officers said nothing. As I was headed to the shower the LT. had the Officer grab me & call the SERT (2) SERT TEAMS CAME & Grabbed me by my neck & threw me out my wheelchair Williams as all the Other Officer jumped me. "ON CAMERA". LATER THAT NIGHT I WAS JUMPED AGAIN FOR A WINDOW BREAKING THAT WAS NOT DONE PURPOSLEY...

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory Damages, Punitive Damages, Presumed Damages Because I could have been killed, I have a bullet in my head C2-Spinal Cord, I was jump on by at least 6 Officers or more then folded like a Pretzel then knees on my back & head. I am seeking $350,000. Please For My 1st, 4th, 8th, 14th EXSESSIVE FORCE ON A HANDICAP, 5th Deliberate indifference, Amendment rights

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-18-20

Signature of Plaintiff: Anthony Lewis PRO-SE
Printed Name of Plaintiff: Anthony Lewis PRO-SE

### B. For Attorneys

Date of signing: 6-18-20

Signature of Attorney: Anthony Lewis
Printed Name of Attorney: Anthony Lewis
Bar Number: PRO-SE
Name of Law Firm: PRO-SE
Street Address: 5 Victory Rd
State and Zip Code: Dorchester, MA. 02121
Telephone Number: (85) 246-2561
E-mail Address: Anyliah.lewis1211@gmail.com

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Anyliah Lewis (Daughter) Not on childsupport just a father that takes care of his responibilties.

I declare under penalty of perjury that the above information is true and correct.

6-18-2020                         Anthony Lewis
_____                       _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.