# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTE

A. LEWIS

V.

THEMORA atl. etl

CN: 1:20-PBS-CV-11259

I PLANTIFF, Anthony Lewis, IN THE ABOVE MENTIONED MATTER SEND TO THE COURT A CHANGE OF ADDESS

ANTHONY LEWIS
41 INTREVALE ST.
DORCHESTER, MA. 02121

THIS IS A TRUE DOCUMENT UNDER PENELTY & Purgerer

Anthony Lewis

Aug 27th 2020

FILED IN CLERKS OFFICE
2020 SEP -8 PM 1:31
U.S. DISTRICT COURT
DISTRICT OF MASS.